United States District Court
For the Northern District of California

1

2

3                                  UNITED STATES DISTRICT COURT

4                                NORTHERN DISTRICT OF CALIFORNIA

5

6

7   UNITED STATES OF AMERICA,

8              Plaintiff,                        No. CR 01-40123 PJH

9        v.                                      **ORDER DENYING MOTION TO**
                                                 **DISMISS PETITION FOR REVOCATION**
10  ROYLAND RICE,                                **OF SUPERVISED RELEASE**

11             Defendant.
    _____/
12

13        On February 20, 2013, this matter came on for status conference, concurrent with a

14  pretrial conference in the related action, *United States v. Rice*, CR 12-818 PJH.  The court

15  heard oral argument on defendant's motion to dismiss the petition for revocation of

16  supervised release, and DENIED the motion for the reasons stated on the record and set

17  forth below.

18        Defendant moves to dismiss the supervised release violation petition on the ground

19  that he has a right to speedy trial for the alleged supervised release violations.  Doc. no.

20  295.  The petition to revoke supervised release was issued by the probation office on

21  September 19, 2012, the date defendant was arrested by local police, and he was arrested

22  by federal authorities for violation of the terms of his supervised release on September 21,

23  2012.  Defendant contends that the government had an obligation to return him to the

24  district court, which is the court having supervision over him, as speedily as possible after

25  his arrest.

26        The Supreme Court has extended due process protection to probationers who are

27  accused of having violated the conditions of their probation, as formalized in Federal Rule

28  of Criminal Procedure 32.1.  *United States v. Santana*, 526 F.3d 1257, 1259 (9th Cir.

**United States District Court**
For the Northern District of California

1    2008). "Rule 32.1 prescribes three kinds of hearings: initial appearance, Rule 32.1(a);

2    preliminary hearing, Rule 32.1(b)(1); and revocation hearing, Rule 32.1(b)(2). Each

3    hearing has a timeliness requirement in the rule." *Id.* at 1259-60 (citing Fed.R.Crim.P.

4    32.1(b)(1)(A)(preliminary hearing "must [be] promptly conduct[ed]"), (b)(2)(final hearing to

5    be held "within a reasonable time"). For the initial appearance, "A person held in custody

6    for violating probation or supervised release must be taken without unnecessary delay

7    before a magistrate judge." *Id.* (citing Fed.R.Crim.P. 32.1(a)(1)). Due process claims for

8    revocation proceedings warrant relief only if there is both unreasonable delay and

9    prejudice. *Id.* at 1260.

10        Although defendant argues that his right to a speedy trial on the supervised release

11   violation has been violated, doc. no. 295 at 3, *Santana* makes clear that "revocation of

12   supervised release is not governed by the Sixth Amendment." 526 F.3d at 1262. Rather,

13   the right to timely hearings on the petition for revocation of supervised release arises under

14   the Due Process Clause of the Fifth Amendment, as applied to parole and probation

15   revocation proceedings. *Id.* at 1259 (citing *Gagnon v. Scarpelli*, 411 U.S. 778, 782 (1973);

16   *Morrissey v. Brewer*, 408 U.S. 471, 485, 489 (1972)). Defendant's right to timely

17   proceedings for revocation of supervised release was not triggered by his initial arrest by

18   local authorities on state criminal charges. Under Ninth Circuit authority, due process

19   concerns "are not triggered when the warrant is placed as a detainer at an institution where

20   the probationer or parolee is already in custody awaiting disposal of an intervening charge

21   or serving a sentence for a crime committed while on supervised release." *United States v.*

22   *Wickham,* 618 F.2d 1307, 1309, n.3 (9th Cir. 1979) (citing *Moody v. Daggett*, 429 U.S. 78

23   (1976)). The out-of-circuit authority cited by defendant similarly held that there was no due

24   process violation where the federal government delayed the commencement of probation

25   violation proceedings until after the state imposed its sentence. *United States v. Sackinger*,

26   537 F. Supp. 1245, 1251 (W.D.N.Y. 1982) ("the government has an interest in imposing

27   some penalty for a violation of probation which is distinct from the state's interest in

28   punishing criminal offenders"), *aff'd*, 704 F.2d 29 (2d Cir. 1983).

United States District Court

For the Northern District of California

1    Furthermore, defendant has not demonstrated unreasonable delay and prejudice to

2  support a due process claim for revocation proceedings.  *See Santana*, 526 F.3d at 1260.

3  The time from his arrest on the supervised release violation to his initial appearance was

4  four days (Sept. 21, 2012 to  Sept. 25, 2012), significantly less than the four months that

5  was found reasonable in *Santana*, 526 F.3d at 1261.  Rice also complains that it has been

6  over five months since his arrest without a revocation hearing, but even this delay does not

7  approach the eight-month threshold for unreasonable delay under Ninth Circuit authority.

8  *See Santana*, 526 F.3d at 1261.  Because criminal charges were filed against defendant,

9  the court has determined that these proceedings on the supervised release violation will

10  trail the proceedings on the bank robbery indictment, CR 12-818 PJH, which is set for trial

11  on March 4, 2013.  In view of this record, defendant has not shown any unreasonable

12  delay, nor prejudice, to support a due process violation.  Defendant's motion to dismiss the

13  petition for revocation of supervised release is therefore DENIED.

14    **IT IS SO ORDERED.**

15

16  Dated:  February 21, 2013

17                                                                PHYLLIS J. HAMILTON
                                                                 United States District Judge

18

19

20

21

22

23

24

25

26

27

28

3